**Opinion issued August 15, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-19-00125-CR**
_____

**THOMAS LEE MCDANIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1527579**

---

## MEMORANDUM OPINION

Appellant, Thomas Lee McDaniel, Jr., has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).